# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HOLLIS DEVIN MARTZ  PLAINTIFF
ADC #155904

v.  1:18CV00024-JM-JJV

CHRISTOPHER BRANDON,
Lieutenant, North Central Unit; *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff is allowed to proceed on his excessive force claim and related claims arising from the June 14, 2017, incident against Defendants Christopher Brandon, Dalton Wayne Wallace, Gilliaspie, Sanders, Lonny Brown, and Cooper.

2. All other claims are DISMISSED from this action without prejudice.

3. Defendants Garrett Gillihan, Karen Payne, Stephen Williams, Billy Inman, Keith Wilhite, Cody Douglas, Corey Brewer, Tolar, Dexter Payne, and Wendy Kelley are DISMISSED from this action without prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting these recommendations would not be taken in good faith.

DATED this 8th day of May, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE