# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

HOLLIS DEVIN MARTZ　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #155904

v.　　　　　　　　　　　　　　　1:18CV00024-JM

CHRISTOPHER BRANDON,
Lieutenant, North Central Unit; *et al.*　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 23) is GRANTED.

2. Plaintiff's remaining claims are DISMISSED without prejudice for failure to exhaust administrative remedies, and his cause of action (Doc. No. 7) is DISMISSED.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 21st day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　JAMES M. MOODY, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE