# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HOLLIS DEVIN MARTZ                                                                                         PLAINTIFF
ADC #155904

v.                                         1:18CV00024-JM

CHRISTOPHER BRANDON,
Lieutenant, North Central Unit; *et al.*                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 21st day of August, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1